FRANCES HANSEN, ADMINISTRATRIX, PLAINTIFF-RE-
SPONDENT, v. JOHN J. CASALE, INC. AND JOHN J.
BYRNE, DEFENDANTS-PETITIONERS.

*Messrs. Haskins, Robottom and Hack* for the petitioners.

*Messrs. Chanalis, Lynch and Maloney* for the respondents.

May 13, 1963.  Denied.

HENRY WETTINGFELD, PETITIONER-PETITIONER, v. KING
CESSPOOLS SERVICE, RESPONDENT-RESPONDENT.

*Mr. Joseph P. Piscopo* for the petitioner.

*Mr. Walter R. Hespe* for the respondent.

May 13, 1963.  Denied.